# IN THE SUPREME COURT OF THE STATE OF NEVADA

YELLOW EXPRESS, LLC; AND
YELLOW LOGISTICS, LLC,

Appellants,

vs.

M&M TOW & TRANSPORT, LLC;
SUPERIOR TOW & TRANSPORT, LLC;
AND MARK DINGLEY,

Respondents.

No. 70293

**FILED**

JUN 03 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting judgment as a matter of law in a business dispute. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

The notice of appeal was filed without payment of the filing fee. That same day, this court issued a notice to appellants that no action would be taken on this appeal until the filing fee was paid. To date, appellants have not paid the filing fee or otherwise responded to this court's notice.

In addition, we note that the notice of appeal was filed by non-attorneys Randeep Singh and Sukhjinder Kaur. A corporation may not appear in pro se or be represented by a non-attorney. *See State v. Stu's Bail Bonds*, 115 Nev. 436, 436 n.1, 991 P.2d 469, 470 n.1 (1999) (noting that "business entities are not permitted to appear, or file documents, in proper person"); *Salman v. Newell*, 110 Nev. 1333, 1336, 885 P.2d 607, 608 (1994) (observing that no statute or rule permits a non-lawyer to represent an entity and concluding that an entity cannot proceed in proper person).

Finally, respondents have filed a motion to dismiss the appeal on the ground that the notice of appeal was untimely filed. No opposition

16-17423

has been filed. The district court entered its order on March 23, 2016. Respondents served written notice of entry on appellants by electronic service, and provide a return of electronic filing indicating that counsel for appellants received the notice of entry on March 23, 2016. Accordingly, the notice of appeal was due by April 22, 2016. *See* NRAP 4(a)(1); NRAP 26(c). The notice of appeal was filed in the district court on April 27, 2016, five days after the 30-day deadline. Accordingly, we conclude the notice of appeal was untimely filed and we lack jurisdiction over this appeal. Respondents' motion to dismiss is granted, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Elliott A. Sattler, District Judge
       Darby Law Practice, Ltd.
       Luke A. Busby
       Edmund J. Gorman
       Randeep Singh
       Sukhjinder Kaur
       Washoe District Court Clerk

